**Maurice HAWKINS, Plaintiff—Appellant,**

v.

**Ruth HALE, Commonwealth of Virginia Chief Magistrate, Defendant—Appellee.**

No. 05–7168.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 30, 2005.

Maurice Hawkins, Appellant Pro Se.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Hawkins appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hawkins v. Hale,* No. CA–05–217–GEC–MFU (W.D.Va. April 13, 2005, July 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*